UNITED STATES EXPANSION BOLT COMPANY v. JOHN MARMORSTEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WILLIAM BERENSMANN v. PETER WEBER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ESTHER FRACHTEL v. HERMAN GEROFSKY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

I. MOSES FRIEDMAN and Others v. ISAAC RODSTEIN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

CHARLES L. GREENHALL, as Trustee, etc., v. EUGENE DAVIS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL ROSENFELD.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

EDWARD W. BRENEN v. DAHLSTROM METALLIC DOOR COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WEISSMAN v. HARRIS SOLOMON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ISIDOR COHEN v. MORRIS SOLOMON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ADOLPH DOCTOR v. JAMES MURRAY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ROBERT G. LANG v. COUNTY FIRE INSURANCE COMPANY OF PHILADELPHIA.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

. CATHARINE CARR v. THE CITY OF NEW YORK and Others. THOMAS CARR v. THE CITY OF NEW YORK and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LEO STRUKEL v. IGNATZ ADLER.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SECURITY MORTGAGE COMPANY v. I. SIDNEY KALLIS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.